UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH MCCALLA        Plaintiff, | Case No. 16-cv-2655 (KPF) |
| -v- | **Rule 7.1 Statement** |
| D & G MASONRY a/k/a L & G MASONRY        Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant D & G Masonry Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** May 25, 2016

_____
**Signature of Attorney**

**Attorney Bar Code:** GS 1954

Form Rule7_1.pdf   SDNY Web 10/2007